IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC CAMILLI                            :
                                        :     CIVIL ACTION
     v.                                 :
                                        :     NO. 18-2849
WAL-MART STORES, INC. ET AL.            :

## ORDER

**AND NOW**, this __28th__ day of __March__, 2019, upon consideration of Plaintiff Eric Camilli's Motion for Leave to File an Amended Complaint (ECF No. 29), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**. Plaintiff shall file a Third Amended Complaint within fourteen (14) days of the date of this Order.[1]

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.

---

[1] Upon the filing of the Third Amended Complaint, the Court will remand the action to state court consistent with the Memorandum filed herewith.